IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STEPHEN MARSH**                                                       **PLAINTIFF**

V.                         NO. 5:07CV00120

**CORNELL ALEXANDER YOUTH**
**SERVICES CENTER, et. al.**                             **DEFENDANTS**

## ORDER

Pending is Defendants' motion to compel. (Docket #53). Plaintiff failed to respond. Defendants propounded interrogatories and requests for production of documents on or about October 1, 2007. Plaintiff has not responded to these discovery requests. For good cause shown, Defendants' motion to compel is GRANTED. Plaintiff is directed to provide full and complete responses to Defendants' discovery requests on or before January 2, 2008. Further, the discovery deadline shall be extended up to and including January 31, 2008, to accommodate any additional discovery reasonably necessary following receipt of Plaintiff's responses.

IT IS SO ORDERED this 14th day of December, 2007.

James M. Moody
United States District Judge